IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ETSY, INC.,<br><br>    Defendant. | Case No. 6:16-cv-484<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEAL

Plaintiff EMG Technology, LLC ("Plaintiff") by and through their undersigned counsel, hereby give notice that they appeal to the United States Court of Appeals for the Federal Circuit from the District Court's Final Judgment (Doc. 61) and Order (Doc. No. 60) adopting Report and Recommendation of United States Magistrate Judge (Doc. No. 56), granting Defendant's Motion to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 11) and overruling Plaintiff's Objections (Doc. No. 58), entered in this action on March 1, 2017.

DATED: March 7, 2017

**OF COUNSEL:**

Jeffer Mangels Butler and Mitchell, LLP

    Stanley M. Gibson
    (Cal. Bar No. 162329)
    *smg@jmbm.com*

    Gregory S. Cordrey
    (Cal. Bar No. 239164)
    *gxc@jmbm.com*

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
310/203-8080
310/203-0567

Respectfully Submitted,

By: */s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com
**ATTORNEYS FOR PLAINTIFF
EMG TECHNOLOGY, LLC**

2

## CERTIFICATE OF SERVICE

    I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 7th day of March 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                   */s/ Charles Ainsworth*
                                                   Charles Ainisworth